IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC. | ) | |
| | ) | Civil Action No. 08 C 5873 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Honorable David H. Coar |
| | ) | Magistrate Judge Maria Valdez |
| SAMSUNG ELECTRONICS CO. LTD., | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF
<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, Intellect Wireless, Inc., and defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc., jointly move this Court to enter the Proposed Stipulated Order of Dismissal with prejudice that is attached to this motion as Exhibit A. The parties are filing this motion and seeking dismissal pursuant to a settlement agreement.

Intellect Wireless and Samsung Electronics and Samsung Electronics America therefore respectfully ask this Court to enter the attached order and dismiss the claims between Intellect Wireless and Samsung Electronics and Samsung Electronics America with prejudice.

Respectfully Submitted,

<u>/s/ Paul C. Gibbons</u>
Raymond P. Niro
Paul K. Vickrey
Paul C. Gibbons
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
***ATTORNEYS FOR INTELLECT WIRELESS, INC.***

/s/ Mark D. Fowler
Mark D. Fowler
David L. Alberti
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, CA  94303-2212
Tel:  (650) 833-2048
Fax:  (650) 687-1166

Monica L. Thompson
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL  60601-1293
Tel:  (312) 368-4065
Fax:  (312) 630-5392

**Attorneys for Samsung Electronics Co. ltd.
and SamsungElectronics America, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **AGREED MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following e-mail addresses on November 11, 2009 by:

| | |
|---|---|
| Monica L. Thompson<br>DLA Piper LLP (US)<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, IL  60601-1293<br>Tel:  (312) 368-4065<br>Fax:  (312) 630-5392<br>thomas.pasternak@dlapiper.com<br>roy.chamcharas@dlapiper.com | Mark D. Fowler<br>David L. Alberti<br>DLA Piper LLP (US)<br>2000 University Ave.<br>East Palo Alto, CA  94303-2212<br>Tel:  (650) 833-2048<br>Fax:  (650) 687-1166<br>mark.fowler@dlapiper.com<br>david.alberti@dlapiper.com |

/s/ Paul C. Gibbons